Michael L. Lessmeier, AK Bar # 7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska 99801
Phone (907) 796-4999
Fax (907) 796-4998
l-w@gci.net
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| WILLIAM MARINESE, REGINA MARINESE, CYNTHIA MARINESE, and BRANDY MARINESE,<br><br>Plaintiffs,<br>vs.<br>UNITED STATE OF AMERICA,<br><br>Defendant. | Case No._____<br><br>**COMPLAINT** |

COME NOW the plaintiffs, William Marinese, Regina Marinese, Cynthia Marinese, and Brandy Marinese, by and through the law firm of Lessmeier & Winters, LLC, for their cause of action against the defendant, United States of America, on behalf of the United States Postal Service, and allege as follows:

## PARTIES

1. At all times relevant herein, the plaintiffs were and are residents of Craig, Alaska.

2. At all times relevant herein, plaintiff Regina Marinese was, and is currently, married to plaintiff William Marinese.

3. At all times relevant herein, plaintiff Cynthia Marinese was, and is

Page 1 of 5

*Complaint*
*Marinese v. United State of America*
Case 1:10-cv-00008-JWS   Document 1   Filed 11/22/10   Page 1 of 5

currently, the minor daughter of William and Regina Marinese.

4. At all times relevant herein, plaintiff Brandy Marinese was, and currently is, the minor daughter of William and Regina Marinese.

5. At all times relevant herein, the United States Postal Service owned, leased, managed, and/or controlled the United States Postal Service Building located at 303 Thompson Road in Craig, Alaska.

6. The United States of America is a defendant in this matter in that the United States Postal Service is a department of the United States government and is vicariously liable for the acts/omissions of its employees, representatives, contractors, and agents under theories of respondeat superior agency, negligence, joint enterprise, negligent entrustment, and negligence supervision. The term "defendant" in this complaint means United States and/or the United States Postal Service acting through their employees, representatives, contractors and/or agents.

## JURISDICTION AND VENUE

7. On May 8, 2009, plaintiffs William and Regina Marinese filed Standard Form 95 Claims for Damage, Injury, or Death with the United States Postal Service. On or about May 15, 2009, plaintiffs Cynthia and Brandy Marinese filed Claims for Damage, Injury, or Death with the United States Postal Service. The amount in controversy is in excess of $75,000, exclusive of interests, costs, and attorney fees. The administrative claims were denied by letters dated August 23, 2010. The suit is therefore permitted under 28 U.S.C. § 2675.

8. This court has jurisdiction over this cause of action pursuant to 28 U.S.C. §1346(b) and 28 U.S.C. § 2671, *et seq.*, (The Federal Tort Claims Act).

9. Venue is proper in the United State District Court for the District of Alaska pursuant to 28 U.S.C. § 1402(b).

Page 2 of 5

*Complaint*
*Marinese v. United State of America*
Case 1:10-cv-00008-JWS   Document 1   Filed 11/22/10   Page 2 of 5

## FACTS

10. The allegations in this complaint arise from an incident that occurred on May 17, 2007, on the premises of the United States Postal Service building in Craig, Alaska.

11. On or about May 17, 2007, plaintiff William Marinese while delivering a parcel of freight at the United States Postal Service building in Craig, Alaska was hit in the head by a collapsing overhead freight door which had come off its rollers, causing serious and permanent injury to him.

12. The United States Postal Service knew the overhead freight door was not working properly before to the May 17, 2007 incident.

13. The United States Postal Service did not post any warning sign in the vicinity of the overhead freight door before the May 17, 2007 incident.

14. The United States Postal Service did not otherwise warn William Marinese that the overhead freight door was not working properly.

15. As a result of the defendant's actions and the resulting injury to plaintiff William Marinese, plaintiffs Regina, Cynthia, and Brandy Marinese have also suffered injuries and incurred damage as more fully set forth below.

## FIRST CAUSE OF ACTION
## PREMISES LIABILITY

16. Plaintiffs re-allege paragraphs 1 – 15 above as if herein restated in full.

17. On the morning of May 17, 2007, plaintiff William Marinese was delivering a parcel of freight for his employer, Promech Air, Inc., to the United States Postal Service building in Craig, Alaska. While closing the overhead freight door to the United States Postal Service office, the door came off its rollers and collapsed on to Mr. Marinese, striking him in the head causing him to lose consciousness.

18. The defendant failed to exercise reasonable care to monitor and inspect,

Page 3 of 5

*Complaint*
*Marinese v. United State of America*
Case 1:10-cv-00008-JWS   Document 1   Filed 11/22/10   Page 3 of 5

repair, maintain, and guard the freight door in a reasonably safe condition or to warn users of the hazard. The defendant's negligence was a substantial factor in causing the door to fall upon plaintiff William Marinese.

19. The defendant is also liable for the plaintiffs' damages by virtue of the doctrine of res ipsa loquitor.

20. As a direct and legal result of the negligence and carelessness of the defendant, plaintiff William Marinese was seriously and permanently injured. He suffered injuries to his head, brain, and neck. He suffered and continues to suffer from head and neck pain, cognitive impairment, confusion, loss of memory, dizziness, balance impairment, unsteady gate, migraine headaches, nausea, sleep disturbance and other symptoms. He has been unable to work and to participate in his other normal activities. He has incurred significant medical expenses and wage loss and will continue to suffer such losses in the future. He has suffered a loss of earning capacity.

21. As a direct and legal result of the negligence and carelessness of the defendant, plaintiffs Regina, Cynthia, and Brandy Marinese have suffered the negligent infliction of emotional distress and the loss of the services, society, comfort, care, protection, affection, and companionship of their husband and father, and seek recovery of the damages for their loss of consortium.

**WHEREFORE,** plaintiffs pray for a judgment against the defendant as follows:

1. General damages in an amount that will conform to proof at time of trial;

2. Special damages, including damages for past and future medical expenses, past and future wage loss, and loss of earning capacity in amounts that will conform to proof at time of trial;

Page 4 of 5

*Complaint*
*Marinese v. United State of America*

3. Negligent infliction of emotional distress and loss of consortium damages;

4. Costs and attorney fees as allowed under the Federal Tort Claims Act;

5. For prejudgment and post-judgment interest as provided by law; and

6. For such other relief as this court deems just and appropriate.

DATED this 18 day of November, 2010, at Juneau, Alaska.

LESSMEIER & WINTERS, LLC
Attorneys for Plaintiffs

By: /s/ Gregory W. Lessmeier
/for Michael L. Lessmeier, AK Bar 7910082

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

Page 5 of 5

*Complaint*
*Marinese v. United State of America*
Case 1:10-cv-00008-JWS   Document 1   Filed 11/22/10   Page 5 of 5