# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

WILLIAM MARINESE, et al.,
    Plaintiff,

Case Number 1:10-cv-00008-JWS

v.

UNITED STATES OF AMERICA,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT defendant's Motion to Dismiss at docket 22 is GRANTED and plaintiffs' Motion to Certify Question to the Supreme Court of Alaska at docket 31 is DENIED.

APPROVED:

    s/JOHN W. SEDWICK
United States District Judge

Date: March 8, 2013

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

MARVEL HANSBRAUGH
Marvel Hansbraugh,
Clerk of Court

[]{JMT2.WPT*Rev.3/03}